UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Raffaele Verzillo  
    Lynda D Verzillo  
        Debtor(s)

Case No. 15-02986

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/30/2015.

2) The plan was confirmed on 04/17/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/06/2016.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $46,250.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,550.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$27,550.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,194.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,694.80** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Unsecured | 13,551.79 | 13,551.79 | 13,551.79 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 11,025.00 | 11,025.00 | 11,025.00 | 3,512.77 | 674.37 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | NA | 8,091.78 | 8,091.78 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 152.38 | 152.38 | 152.38 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,129.99 | 4,258.95 | 4,258.95 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,154.43 | 1,713.72 | 1,713.72 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 101.98 | 101.98 | 101.98 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 16.00 | 16.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,607.12 | 1,607.12 | 1,458.93 | 0.00 |
| NATIONWIDE CASSEL LP | Secured | 3,966.40 | 132.22 | 132.22 | 132.22 | 0.00 |
| NATIONWIDE CASSEL LP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,080.57 | 2,080.47 | 2,080.47 | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ROSEMARY VOLPE DPM | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS LP | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| TEKCOLLECT | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN | Unsecured | 44.18 | NA | NA | 0.00 | 0.00 |
| MEDCO HEALTH SOLUTIONS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA COLLECT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST IMAGING PROFESSIONALS | Unsecured | 92.70 | NA | NA | 0.00 | 0.00 |
| NEXTEL | Unsecured | 332.07 | NA | NA | 0.00 | 0.00 |
| VEIN CLINICS OF AMERICA | Unsecured | 64.81 | NA | NA | 0.00 | 0.00 |
| WINFIELD LABORATORY CONSULTA | Unsecured | 18.20 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY CONSULTAN | Unsecured | 151.64 | NA | NA | 0.00 | 0.00 |
| WOHL EYE CENTER | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Z FRANK CHEVROLET | Unsecured | 562.50 | NA | NA | 0.00 | 0.00 |
| AIDEN CENTER | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CITY OF EVANSTON | Unsecured | 437.50 | NA | NA | 0.00 | 0.00 |
| ARUN OHRI MD PAUL FAHRENBACH | Unsecured | 21.93 | NA | NA | 0.00 | 0.00 |
| ARUN OHRI MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGY CONSULT | Unsecured | 59.55 | NA | NA | 0.00 | 0.00 |
| CADENCE HEALTH | Unsecured | 418.17 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 418.17 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 211.93 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 74.55 | NA | NA | 0.00 | 0.00 |
| CERTEGY/AARGON COLLECTION | Unsecured | 607.80 | NA | NA | 0.00 | 0.00 |
| CHASE CARDMEMBER SERVICE | Unsecured | 209.70 | NA | NA | 0.00 | 0.00 |
| CHASE CARDMEMBER SERVICE | Unsecured | 339.47 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/LANE BRYANT | Unsecured | 37.94 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE MEDICAL GROUP | Unsecured | 361.21 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE MEDICAL GROUP | Unsecured | 153.88 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 890.72 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 807.42 | NA | NA | 0.00 | 0.00 |
| DR GLORIA CARUSO MD PC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 1,043.77 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 544.87 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOCIATES | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 162.50 | NA | NA | 0.00 | 0.00 |
| FIRST CARE | Unsecured | 213.34 | NA | NA | 0.00 | 0.00 |
| FLOOD BROTHERS | Unsecured | 74.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Unsecured | 233.75 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH A FAVIA DDS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| LOUIS J COLELLA ASSOCIATES LTD | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 17,076.91 | 17,076.91 | 17,076.91 | 17,076.91 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $17,076.91 | $17,076.91 | $0.00 |
| Debt Secured by Vehicle | $11,157.22 | $3,644.99 | $674.37 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$28,234.13** | **$20,721.90** | **$674.37** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,607.12 | $1,458.93 | $0.00 |
| **TOTAL PRIORITY**: | **$1,607.12** | **$1,458.93** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$29,967.07** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,694.80 |
| Disbursements to Creditors | $22,855.20 |
| **TOTAL DISBURSEMENTS** : | **$27,550.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/26/2016   By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**